XAVIER BECERRA  
Attorney General of California  
SUSAN S. FIERING, State Bar No. 121621  
Supervising Deputy Attorney General  
ROSE B. FUA, State Bar No. 119757  
HEATHER C. LESLIE, State Bar No. 305095  
Deputy Attorneys General  
  1300 I Street, Suite 125  
  P.O. Box 944255  
  Sacramento, CA 94244-2550  
  Telephone: (916) 210-7832  
  Fax: (916) 327-2319  
  E-mail: Heather.Leslie@doj.ca.gov  
*Attorneys for California Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**BENICIA INTERNATIONAL ASSOCIATES L.P.,**<br><br>Defendant. | No. 2:18-CV-00551-JAM-AC<br><br>**NOTICE OF MOTION AND MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**<br><br>Date: August 21, 2018<br>Time: 1:30pm<br>Dept: 6<br>Judge: John A. Mendez<br>Trial Date: None set.<br>Action Filed: March 14, 2018 |

**NOTICE OF MOTION AND MOTION**

TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT on August 21, 2018 at 1:30 p.m. or as soon thereafter as this matter can be heard, in the courtroom of the Honorable John A. Mendez, in the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California, plaintiff the Department of Toxic Substances Control ("DTSC") will, and hereby does, move the Court to approve and enter as a judgment of the Court, pursuant to 42 U.S.C. § 9613(f), a Consent Decree between DTSC and the defendant Benicia International Associates L.P..

Dated: July 5, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
SUSAN S. FIERING
Supervising Deputy Attorney General

/s/ Heather C. Leslie

HEATHER C. LESLIE
ROSE B. FUA
Deputy Attorneys General
*Attorneys for the California Department of Toxic Substance Control*

OK2015950029
33399537.docx