XAVIER BECERRA
Attorney General of California
SUSAN S. FIERING, State Bar No. 121621
Supervising Deputy Attorney General
ROSE B. FUA, State Bar No. 119757
HEATHER C. LESLIE, State Bar No. 305095
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7832
 Fax: (916) 327-2319
 E-mail: Heather.Leslie@doj.ca.gov
*Attorneys for California Department of Toxic Substances Control*

FILED

AUG 2 1 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>BENICIA INTERNATIONAL ASSOCIATES L.P.,<br><br>Defendant. | No. 2:18-CV-00551-JAM-AC<br><br>[PROPOSED] ORDER AND JUDGMENT<br><br>Date: August 21, 2018<br>Time: 1:30pm<br>Dept: 6<br>Judge: John A. Mendez<br>Trial Date: None set.<br>Action Filed: March 14, 2018 |

Pursuant to the motion of the Plaintiff, the California Department of Toxic Substances Control ("DTSC"), and for good cause shown, the Court finds that the Consent Decree between DTSC, and the Defendant, Benicia International Associates L.P., is fair, reasonable, and consistent with the objectives of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9601-9675. Accordingly, the Consent Decree as attached hereto is approved and entered as a judgment of the Court.

///

///

///

1

1 | **IT IS SO ORDERED, ADJUDGED, AND DECREED:**
2 |
3 |
4 | Dated: August 21, 2018
5 | Hon. John A. Mendez
  | United States District Court